**Order entered October 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00781-CV

## IN RE ANDREW PHILLIP KIRK AND ROBYN LUCILLE CURTIS, Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04698**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **GRANT** relators' motion to withdraw their petition for writ of mandamus and **DISMISS** this proceeding.

/s/     BILL WHITEHILL
JUSTICE